**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **MICHAEL J. FRUGE AND**<br>**LILIANA FRUGE** | **CIVIL ACTION NO. 07-0789** |
| | **JUDGE MELANÇON** |
| **VS.** | |
| | **MAGISTRATE JUDGE METHVIN** |
| **ULTERRA MWD, L.P.**<br>**MAVERICK DIRECTIONAL SERVICES, LTD.** | |

### *JURISDICTIONAL AMOUNT REVIEW RULING*

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiffs allege that Michael J. Fruge ("Fruge") was permanently disabled on or about August 5, 2006 when a MWD (Monitor While Drilling) nipple and sensor exploded from the stand pipe manifold and violently stuck him while in the course and scope of his employment with Nabors Drilling USA on a land based drilling rig located in Calcasieu Parish, Louisiana. Plaintiffs allege that Fruge's accident was the result of the negligence of defendants Ulterra MWD, LP and Maverick Directional Services, Ltd. ("defendants").

Plaintiffs allege that Fruge suffered permanently disabling injuries including, but not limited to, fractures of the lumbar vertebra, pelvis, humerus, fibular head, and ribs; and knee, shoulder, elbow, scrotal, spinal, emotional, psychological and other personal injuries that continue to develop.  Plaintiffs seek damages for Fruge's past, present and future medical expenses and lost wages; impairment and earning capacity; and general damages.  Plaintiff Liliana Fruge alleges that she has sustained losses because of her husband's injuries, including loss of consortium, mental anguish, and loss of support and services.

2

Considering the nature of the injuries sustained by Fruge, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana, on September 6, 2007.


Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)